IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS--EASTERN DIVISION

| | | |
|---|---|---|
| KATHLEEN HUGHES, IMOGEN OLIVER and VIRGINIA SHERWOOD, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case no. 15 CV 5546 |
| SCARLETT'S G.P., INC. d/b/a PINK MONKEY, CLINTON ENTERTAINMENT MANAGEMENT, INC., LLC d/b/a PINK MONKEY, NEW YORK STRIP d/b/a PINK MONKEY, SCARLETT'S L.P. and MARK VAJDIK, | ) ) ) ) ) ) ) ) ) | Hon. Amy J. St. Eve<br>Mag. Judge Sheila Finnegan |
| Defendants. | ) | |

## NOTICE OF MOTION

To: Gregory Gorman
220 S. Halsted, Suite 200
Chicago, IL 60605

**PLEASE TAKE NOTICE** that on September 10, 2015, at 8:30 a.m., or as soon thereafter as we may be heard, we shall appear before the Honorable Amy J. St. Eve, or any judge sitting in his stead, in Room 1241, of the United States Courthouse, 219 S. Dearborn, Chicago, Illinois, and then and there present **Motion to Dismiss,** a copy of which is hereby served upon you.

Marty J. Schwartz
Schain Banks Kenny & Schwartz          /s/ Marty J. Schwartz
ARDC No. 03124462
Three First National Plaza, Suite 5300
Chicago, IL 60602
Tel. 312.345.5700

## CERTIFICATE OF SERVICE

I, Marty J. Schwartz, an attorney, certify that on September 8, 2015, I served a true and correct copy of the foregoing to above-named attorneys who are registered to receive electronic filings, electronically by operation of the Clerk of the U.S. District Court's Electronic Case Filing (ECF):

Gregory Gorman
220 S. Halsted
Suite 200
Chicago, IL 60605

in accordance with the General Order on Electronic Case Filing which documents the parties may access through the Court's ECF.

/s/ Marty J. Schwartz