UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Kathleen Hughes, et al.
  Plaintiff,

v.   Case No.: 1:15−cv−05546
  Honorable Amy J. St. Eve

Scarlett's G.P., Inc., et al.
  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 10, 2015:

MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 9/10/2015 and continued to 10/22/15 at 8:30 a.m. Defendants Scarlett's G.P. and Mark Vajdik's motion to dismiss [9] is entered. Response by 9/28/15. Reply by 10/8/15. All remaining defendants shall answer or otherwise plead by 10/19/15. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.